UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JONATHAN VARGAS**, individually and
on behalf of others similarly situated,

    **Plaintiff,**　　　　　　　　　　　　Case No. 1:20-cv-00224-AW-GRJ

v.

**SQUEAKY KLEAN SERVICES, INC**,
a Foreign Profit Corporation,

    **Defendants.**
_____/

## NOTICE OF FILING CONSENT TO JOIN

Plaintiff, JONATHAN VARGAS, gives notice of filing the attached Consent to Join executed by Victor Vargas, attached hereto as Exhibit A.

DATED: October 9, 2020.　　　　　　　Respectfully submitted,

                           _s/ ANDREW R. FRISCH_
                           ANDREW R. FRISCH
                           MORGAN & MORGAN, P.A.
                           8151 Peters Road., 4th Floor
                           Plantation, Florida 33324
                           Telephone: (954) WORKERS
                           Facsimile: (954) 327-3013
                           E-mail: AFrisch@forthepeople.com

                           _Trial Counsel for Plaintiff_

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

/s/ *ANDREW R. FRISCH*
Andrew R. Frisch