IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JONATHAN VARGAS, individually and
on behalf of others similarly situated,**

    Plaintiff,

v.     Case No. 1:20-cv-224-AW-GRJ

**SQUEAKY KLEAN SERVICES, INC.,**

    Defendant.

_____/

## ORDER STRIKING RULE 26(f) REPORT

The parties' Rule 26(f) report (ECF No. 12) was submitted on another court's form and repeatedly references another court's local rules and practices. It is now STRICKEN. Within seven days, the parties must file a new report consistent with the Initial Scheduling Order. Failure to do so may lead to dismissal.

SO ORDERED on January 11, 2021.

                                              s/ *Allen Winsor*
                                              United States District Judge