# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JONATHAN VARGAS, individually and
on behalf of others similarly situated,**

    Plaintiff,

v.                                                          Case No. 1:20-cv-224-AW-GRJ

**SQUEAKY KLEAN SERVICES, INC.,**

    Defendant.

_____/

## ORDER RECOGNIZING SETTLEMENT

The parties have settled the case. ECF No. 17. Accordingly, all deadlines are stayed until April 9, 2021. The parties must move for approval of the settlement by then.

SO ORDERED on March 12, 2021.

                                                      s/ *Allen Winsor*
                                                      United States District Judge