UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JONATHAN VARGAS**, individually and
on behalf of others similarly situated,

    Plaintiff,                                    Case No. 1:20-cv-00224-AW-GRJ

v.

**SQUEAKY KLEAN SERVICES, INC**,
a Foreign Profit Corporation,

    **Defendants.**
_____/

## JOINT MOTION TO EXTEND THE DEADLINE
## TO FILE THE PARTIES MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff, JONOTHAN VARGAS, individually and on behalf of the others similarly situated ("Plaintiff") and Defendant, SQUEAKY KLEAN SERVICES, INC, A Foreign Profit Corporation, (Collectively "Parties") respectfully move to extend the deadline for the parties to file their Motion for Approval of Settlement. In support thereof, Plaintiff states:

1. The parties reached a negotiated resolution of Plaintiffs' claims against Defendant and the parties filed a Joint Notice of Settlement on March 10, 2021 [D.E. 17] wherein the parties advised the court they have reached a settlement, and are currently negotiating the non-monetary terms, and are in the process of preparing and finalizing the necessary documents for final disposition of this matter.

2. On March 12, 2021, this Court entered on Order Recognizing Settlement [D.E. 19], thus requiring the parties to move for approval of the settlement by, April 9, 2021.

3. The parties have continued to diligently work towards finalizing the terms of the Settlement Agreement, and Motion to Approve Settlement.

4. Due to the nature of the settlement agreement, it has taken longer than anticipated to finalize the remaining details of the Settlement Agreement, and Motion to Approve Settlement.

5. Thus, by this instant Motion, the parties respectfully request an extension of thirty (30) days, or until May 10, 2021, to complete and file the parties Motion for Approval of Settlement.

6. The requested extension of time is not made for the purpose of delay, and no party will be prejudiced if the Court were to grant the requested extension.

7. Counsel for the parties represent that this motion is made in good faith and not for the purpose of delay.

## **MEMORANDUM OF LAW**

Under Federal Rule of Civil Procedure 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires . . . ." The parties seek this enlargement of time prior to the expiration of the deadline to file the parties Motion for Approval of Settlement, and have shown good cause for the requested enlargement. Moreover, this enlargement is sought in good faith and not for purposes of delay.

WHEREFORE, the parties move for the entry of an Order extending the deadline to file the parties Motion for Approval of Settlement documents by thirty (30) days or up to and including May 10, 2021.

Dated: April 8, 2021

| | |
|---|---|
| */s/ Andrew R. Frisch* | */s/ Jesse I. Unruh* |
| Andrew R. Frisch | Jesse I. Unruh, Esq. |
| Morgan & Morgan, P.A. | SPIRE LAW, LLC |
| 8151 Peters Road, Suite 4000 | 2572 W. State Road 426, Suite 2088 |
| Plantation, FL 33324 | Oviedo, Florida 32765 |
| T: (954) WORKERS | T: (407)494-0135 |
| F: (954) 327-3013 | |
| | *Counsel for Defendants* |
| *Counsel Plaintiffs* | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

/s/ *ANDREW R. FRISCH*
Andrew R. Frisch