IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JONATHAN VARGAS, individually and
on behalf of others similarly situated,**

    Plaintiff,

v.                                              Case No. 1:20-cv-224-AW-GRJ

**SQUEAKY KLEAN SERVICES, INC.,**

    Defendant.

_____/

## ORDER GRANTING JOINT MOTION FOR EXTENSION

The parties' joint motion for an extension (ECF No. 20) is GRANTED. The deadline for the parties to move for approval of the settlement is extended to May 10, 2021. All deadlines are stayed until then.

SO ORDERED on April 9, 2021.

                                                  s/ *Allen Winsor*
                                                  United States District Judge