**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

JONATHAN VARGAS, individually and
on behalf of others similarly situated,

        Plaintiff,

v.                                                       Case No. 1:20-cv-00224-AW-GRJ

SQUEAKY KLEAN SERVICES, INC,
a Foreign Profit Corporation,

        Defendants.
_____/

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a) the Parties, by and through their undersigned counsel, stipulate to the dismissal of the above-captioned action in its entirety with prejudice.  The parties state that Defendant has agreed to pay Plaintiffs all amounts to which they allege they are entitled under the FLSA in full, without compromise.  As such, no judicial review is required.  *See Mackenzie v. Kindred Hosp. East, LLC*, 276, F. Supp. 2d. 1211, 1217 (M.D. Fla. 2003); *see also Anago Franchising, Inc. v. Shaz LLC*, No. 10-95098, slip op. (11th Cir. April 23, 2012) ("we find that the plain language of Rule 41(a)(1)(A)(ii) requires that a stipulation filed pursuant to that subsection becomes self-executing and dismisses the case upon its becoming effective"). Because the parties have agreed to payment of attorneys' fees and costs separately and in addition to Plaintiffs' full relief recovery, the Court need not separately review Plaintiffs' attorneys' fees and costs.  *See Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222 (M.D. Fla. 2009).  A copy of the fully-executed Settlement Agreement is attached hereto as **EXHIBIT A**.

Respectfully submitted this the 26th day of April, 2021.

/s/ **ANDREW R. FRISCH**
Andrew R. Frisch
Florida Bar No.: 27777
MORGAN & MORGAN, P.A.
8581 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013
E-mail: AFrisch@forthepeople.com

*Attorneys for Plaintiffs*

/s/ **ASHWIN R. TREHAN**
Ashwin R. Trehan
FL Bar No.: 42675
Spire Law, LLC
2572 W State Road 426, Suite 2088
Oviedo, FL 32765
Tel: (407) 494-0135
Email: ashwin@spirelawfirm.com

*Attorneys for Defendant*